IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| ANDERSON NEWS, LLC | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:10-cv-00023 |
| | ) |
| | ) |
| AIRPORT CONCESSIONS, INC | ) |
| | ) |
| | ) |
| Defendants. | ) |

### DISCLOSURE STATEMENT OF DEFENDANT
### AIRPORT CONCESSIONS INC

I, the undersigned, counsel of record for Airport Concessions Inc, certify to the best of my knowledge and belief:

My client has no corporate interest to be identified under Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4.

This 18th day of February 2010.

*GLC*

s/_____.
Gregory L. Cashion (No. 10697)
SMITH, CASHION & ORR, PLC
231 Third Avenue North
Nashville, Tennessee 37201
Telephone: (615) 742-8555
Facsimile: (615) 742-8556
*Attorney for Airport Concessions*